[No. 33181-7-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
SARAVIA GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 93-1-00389-0, David A. Nichols, J., entered
August 5, 1993. *Dismissed* by unpublished per curiam opin-
ion.

[No. 33469-7-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE NAJAR,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03824-7, LeRoy McCullough, J., entered
September 24, 1993. *Affirmed* by unpublished per curiam
opinion.

[No. 31973-6-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN
KABELA, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-8-00714-1, Charles R. Snyder, J. Pro
Tem., entered December 2, 1992. *Reversed* by unpublished
per curiam opinion.

[No. 32104-8-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO
INFANTE-LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04900-3, Laura Inveen, J., entered January
14, 1993. *Dismissed* by unpublished per curiam opinion.